**CLAIBORNE PARISH DISTRICT COURT,** Judge Frank M. Dougherty, Judge of Division B., and J. J. Smith, Clerk.

**No. 50368.**

Feb. 23, 1970.

In re: Mrs. Marie Baucum Scott applying for writs of mandamus and prohibition.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

230 So.2d 837

**June Daniels BEVERLY**

v.

**SCOTLAND URBAN ENTERPRISES, INC.**

**No. 50394.**

Feb. 23, 1970.

In re: June Daniels Beverly applying for writs of certiorari, prohibition and mandamus.

Writ refused. The denial of a suspensive appeal is correct. As to the other questions raised, the remedy is by appeal.